UNITED STATES of America,
Plaintiff–Appellee,

v.

Eloy GUTIERREZ–BARBA,
Defendant–Appellant.

No. 09–10287.

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.*

Filed July 26, 2010.

Erica McCallum, Assistant U.S., Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Enrique Rene Gonzales, Rio Rico, AZ, for Defendant–Appellant.

Eloy Gutierrez–Barba, pro se.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Eloy Gutierrez–Barba appeals from his guilty-plea conviction and 43–month sentence for attempted illegal re-entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gutierrez–Barba's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as

counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. We construe Gutierrez–Barba's letter, dated January 6, 2010, as a pro se supplemental brief. No answering brief has been filed.

Gutierrez–Barba's motion for appointment of counsel and "Petition for Order Directing Attorney of Record to Surrender Defense Files" and the government's motion for summary affirmance are denied.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

